**Electronically Filed
Supreme Court
SCWC-19-0000335
12-JUN-2024
08:10 AM
Dkt. 14 ODAC**

SCWC-19-0000335

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WHEELS OF JUSTICE, LLC, a Nevada limited liability company,
Petitioner/Plaintiff-Appellant,
vs.
TITLE GUARANTY ESCROW SERVICES, INC.; ISLAND TITLE CORPORATION;
CLINTON HINCHCLIFF, JR.; CLINTON HINCHCLIFF, SR.; and
HINCHCLIFF INVESTMENTS LLC,
Respondents/Defendants-Appellees.

-------------------------------------------------------

TITLE GUARANTY ESCROW SERVICES, INC.
and ISLAND TITLE CORPORATION,
Respondents/Third-Party Plaintiffs,
vs.
NIMBLE LAND, INC., a Hawai'i Corporation,
Respondent/Third-Party Defendant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000335; CASE. NO. 3CC09100178K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge To'oto'o, in place of Ginoza, J., recused)

The application for writ of certiorari filed on May 6,
2024, by Petitioner/Plaintiff-Appellant Wheels of Justice, LLC,
is hereby rejected.

DATED: Honolulu, Hawai'i, June 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Fa'auuga To'oto'o

